IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 21-65 |
| | : | |
| JOHN DOUGHERTY and GREGORY FIOCCA | : | |

**ORDER**

**AND NOW**, this 22nd day of February, 2024, upon request of counsel for Defendant John Dougherty, it is hereby **ORDERED** that the parties' deadline to file pretrial motions is continued to April 8, 2024. The Government shall file a witness list by February 23, 2024, as previously ordered.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**